United States District Court
Southern District of Texas
**ENTERED**
January 06, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALBERT D. WILLIAMS | § § | |
| VS | § § | CIVIL ACTION NO. 4:16-CV-02161 |
| GSD MARINE, LLC | § § | |

### FINAL TAKE-NOTHING JUDGMENT

The Agreed Motion for Final Take-Nothing Judgment filed by the parties to this action is granted and all claims and causes of action that have been, or could have been, asserted by Plaintiff Albert D. Williams against Defendant G.S.D. Marine, LLC in this action are hereby dismissed with prejudice to the refiling of same.

Court costs, expenses and attorneys' fees shall be borne by the party incurring same.

Signed on this the _6th_ day of _JANUARY_, 2017.

_____
UNITED STATES DISTRICT JUDGE